UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRISTONE FAUSTINO,

    Petitioner,

  v.

G. RUNNELS, Warden,

    Respondent.

)
)
)
)
)
)
)
)
)
)

Case No. EDCV 04-907-AHM (JWJ)

ORDER ADOPTING
REPORT AND
RECOMMENDATION
OF UNITED STATES
MAGISTRATE JUDGE

---

  Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected.

  IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

  IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on Petitioner and counsel for Respondent.

DATED: __12/30/08__

             _____
                A. HOWARD MATZ
              United States District Judge