UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTONE FAUSTINO, | Case No. EDCV 04-907-AHM (JWJ) |
| Petitioner, | |
| v. | JUDGMENT |
| G. RUNNELS, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: ___12/30/08___

_____
A. HOWARD MATZ
United States District Judge